# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE THOMAS, | : CIVIL NO: 1:15-CV-0163 |
| Plaintiff, | : |
| v. | : |
|  | : (Magistrate Judge Schwab) |
| LAUREL HARRY, KENNETH KYLER, GERALD ROZUM, LILLIAN BLOOM, GREGORY SCHENK, EDWARD MULLIGAN and EMPLOYEE DOES 1-5, | : |
| Defendants. | : |

## ORDER
May 10, 2016

For the reasons set forth in the accompanying memorandum (*doc. 37*), **IT IS HEREBY ORDERED** that this matter is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute. **IT IS FURTHER ORDERED** that the Defendants' motion for rule absolute (*doc. 36*) is **DENIED** as moot. **IT IS FINALLY ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge